**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jared Ashcraft,<br><br>PLAINTIFF(S)<br>v.<br>First-Citizens Bank and Trust Company, et al.<br><br>DEFENDANT(S) | CASE NUMBER<br>2:26-cv-02251-JLS-JDEx<br><br>**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** [53] |

IT IS ORDERED that the Application for Permission for Electronic Filing by Jared Ashcraft ______________ is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: May 13, 2026

Josephine L. Staton
United States District Judge

☐ DENIED

*Comments:*

Dated: ______________

______________________________
United States District/Magistrate Judge