# Exhibit A

Matthew R. Follett (SBN 325481)
Email:  mfollett@foxrothschild.com
Fox Rothschild LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:    310.556.9828

Lisa M. Williford*
N.C. Bar No. 44184
Email: lwilliford@foxrothschild.com
Fox Rothschild LLP
230 N. Elm Street, Suite 1200
PO Box 21927 (27420)
Greensboro, NC  27401
Telephone: 336.378.5200
Facsimile:  336.378.5400
*admitted pro hac vice

Attorneys for Defendants
First-Citizens Bank and Trust Company and
First Citizens BancShares, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ASHCRAFT,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FIRST-CITIZENS BANK AND TRUST COMPANY and FIRST CITIZENS BANCSHARES, INC.<br><br>                    Defendants. | Case No.: 2:26-cv-02251-JLS-JDE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO SEAL CUSTOMER INFORMATION IN PLAINTIFF'S EXHIBITS TO THE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Judge:  The Honorable Josephine Staton |

This matter is before the Court pursuant to Defendants' Application to Seal Customer Information (Doc. No. 70).  Having considered the briefing, supporting

- 1 -

documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

**IT IS HEREBY ORDERED THAT** Defendants' Application is **GRANTED because compelling reasons exist to seal non-party customer information,** and that customer information appearing in the following documents and on the following pages will be sealed:

| Document Number | Page Number/Paragraph |
|---|---|
| Doc. 61-1 | Page 14/Paragraphs 69-71<br>Page 17/ Paragraphs 84-86, 89<br>Page 18/Paragraphs 93-95<br>Page 19/Paragraph 98<br>Page 29/Paragraph 173<br>Page 32/Paragraph 195<br>Page 33/Paragraph 196<br>Page 55/Paragraphs 324-26 |
| Doc. 61-9 | Page 2<br>Page 24<br>Page 26<br>Pages 30-33<br>Page 36<br>Pages 38-39<br>Page 41<br>Pages 47-49 |
| Doc. 61-11 | Pages 15-20<br>Page 25 |

**IT IS FURTHER ORDERED THAT** the redacted versions of Docs. 61-1, 61-9, and 61-11 included as Exhibit B to the Application will be substituted for the versions now appearing on the public docket.

**IT IS SO ORDERED.**

Dated: _____

_____

The Honorable Josephine Staton
United States District Judge

- 2 -